```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARLOS ALMONTE, et al.,

                Plaintiffs,
                                                        ORDER ADOPTING
                                                        REPORT AND RECOMMENDATION
        - against -                                     13-CV-6034 (RRM) (SMG)

PEST PRO SERVICES, INC., et al.,

                Defendants.
-------------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.
```

By letter filed February 5, 2016, plaintiffs requested that the Court approve the parties' settlement of Fair Labor Standards Act ("FLSA") claims as fair and reasonable. (Doc. No. 82); *see Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015) ("[S]tipulated dismissals settling FLSA claims with prejudice require the approval of the district court.") On February 9, 2016, Magistrate Judge Steven M. Gold issued a Report and Recommendation (the "R&R") recommending that the parties' Settlement Agreement, (Doc. No. 82-1), be approved and the case be dismissed with prejudice. (Doc. No. 83.) Judge Gold reminded the parties that, pursuant to Rule 72(b), any objection to the R&R must be filed by February 26, 2016. No party has filed any objections to date.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ORDERED that the parties' Settlement Agreement is approved and the case is dismissed with prejudice.                                         SO ORDERED.


Dated: Brooklyn, New York                   *Roslynn R. Mauskopf*
       March 1, 2016                        _____
                                            ROSLYNN R. MAUSKOPF
                                            United States District Judge