# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CARLOS ALMONTE, MALCOLM X LUGO, and VICTOR ORTIZ, individually and on behalf of others similarly situated,

Plaintiffs,

-against-

PEST PRO SERVICES INC., PREFERRED PEST SERVICES INC., SANI-ENVIRONMENTAL SERVICES CORP. d/b/a CITYWIDE EXTERMINATING SERVICES, LLC, PREFERRED BUILDINGS INC., d/b/a CHUTESPAN, CHUTEPLUS LLC, SOLOMON FREUD, GEORGE FREUD, and JACOB FREUD,

Defendants.

Case No.: 13-cv-6034(RRM)(JMA)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED** by and between Plaintiffs CARLOS ALMONTE, MALCOLMX LUGO, and VICTOR ORTIZ ("Plaintiffs") and appearing Defendants CHUTEPLUS LLC, SOLOMON FREUD, GEORGE FREUD, and YAAKOV FREUD a/k/a JACOB FREUD (collectively, "Settling Defendants"), that the above-captioned action is hereby dismissed against all Settling Defendants with prejudice pursuant to a settlement agreement.

**IT IS FURTHER STIPULATED AND AGREED**, that Plaintiffs' claims against defaulting Defendants PEST PRO SERVICES INC., PREFERRED PEST SERVICES INC., SANI-ENVIRONMENTAL SERVICES CORP. d/b/a CITYWIDE EXTERMINATING SERVICES and PREFERRED BUILDINGS INC., d/b/a CHUTESPAN shall also be dismissed with prejudice;

**IT IS FURTHER STIPULATED AND AGREED,** that the United State District Court,

Eastern District of New York, shall retain jurisdiction for purposes of enforcing the parties' settlement agreement.

SERRINS FISHER LLP

By: _____
Michael Taubenfeld, Esq.
233 Broadway, Suite 2340
New York, New York 10279
*Attorneys for Plaintiffs*

IMBESI LAW PC

By: _____
Steven Fingerhut, Esq.
450 Seventh Ave., Suite 1408
New York, NY 10123
*Attorneys for Defendant George Freud*

LAW OFFICES OF SAUL BIENENFELD P.C.

By: _____
Saul Bienenfeld, Esq.
450 Seventh Ave., Suite 1408
New York, NY 10123
*Attorneys for Defendant Chuteplus LLC*

_____
Jack Freud

_____
Solomon Freud

SO ORDERED:

   s/RRM
_____
Hon. Roslynn R. Mauskopf, U.S.D.J.

3/1/2016